MUTUAL BENEFIT LIFE INSURANCE CO., RESPOND-
ENT, *v.* WINNE ET AL., APPELLANTS.

[Submitted May 25, 1897.   Decided June 14, 1897.]

(For syllabus, see case next preceding.)

*Appeal from District Court, Lewis and Clarke County.
Henry N. Blake, Judge.*

*B. P. Carpenter, A. K. Barbour* and *W. J. Kinsley,* for
Appellants.

PER CURIAM.—This action was brought by plaintiff to re-
cover judgment against defendants Winne and Gallup and wife
for $7,500, due on a promissory note or bond dated at Hel-
ena, Montana, October 1, 1891, and interest, costs and at-
torney's fees, and for a decree of foreclosure of a certain
mortgage made by defendants Winne and Gallup and wife to
plaintiff to secure said note to plaintiff.   The questions in-
volved are the same as those considered and decided in the
case of *Mutual Benefit Life Insurance Co.* v. *Winne,* 20
Mont. 20, 49 Pac. 446; and it being stated to the court by
respective counsel in this and the preceding case that like
orders may be made in both, it is therefore ordered that the
judgment herein be affirmed.